SOLOMON SHEINESS, Respondent, v. LEON TABBOT, Defendant. HARRY DEUTSCHER et al., Third Parties, Appellants.

Supreme Court, Appellate Term, First Department, December 12, 1944.

*Irving Finkelstein* for appellants.

No appearance for respondent.

MEMORANDUM *Per Curiam.* It was error to permit the filing of plaintiff's garnishee order *nunc pro tunc* after the third parties had filed their garnishee order.

The order should be reversed and motion granted, with ten dollars costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.